IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| In Re: | : |
|---|---|
|    **MARILYN MCGRONE BAKER,** | : CASE NO. 08-25256 |
| | : |
| | : CHAPTER 13 |
| | : |
|                            **Debtor.** | : JUDGE: PAULETTE DELK |

### NOTICE OF APPEARANCE

     Comes now **Ameriquest Mortgage Securities Inc. Asset Backed Pass Thru Certificates, Series 2005-R5, by and through its servicer, CitiResidential Lending**, by and through its undersigned counsel, and requests that its counsel be added to the mailing matrix in this case so as to receive copies of all Notices and Pleadings sent to creditors or other parties in interest.

                                      Respectfully Submitted,

                                      **Morris, Schneider, Prior, Johnson & Freedman, LLC**

                                      **/S/**   MARK A. BAKER
                                      **MARK A. BAKER, (B.P.R. 026055)**
                                      Attorney for **Ameriquest Mortgage Securities Inc. Asset Backed Pass Thru Certificates, Series 2005-R5, by and through its servicer, CitiResidential Lending**
                                      Morris, Schneider, Prior, Johnson & Freedman, LLC
                                      1587 Northeast Expressway,
                                      Atlanta, GA  30329
                                      (770) 234-9181, ext. 1404

**384.0814016TN /tnpocwd**